## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__Antonio B. Burgo,_____
                    **Plaintiff**

                **V.**

__Carolyn W. Colvin,_____
                    **Defendant**

**CIVIL ACTION**

**NO.** __16-11920-RWZ__

___Social Security Administration,___
                    **Interested Party**

## JUDGMENT

__Zobel,_____ D. J.__

        In accordance with the Court's Memorandum and Order dated __10/16/2017__

denying the plaintiff's motion to affirm and allowing the defendant's motion to affirm,

it is hereby ORDERED:

            Judgment for the __Commissioner__

                                By the Court,

__10/16/2017__                __/s/Craig J. Nicewicz_____
        **Date**                        **Deputy Clerk**